**Order entered July 5, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01246-CR

### JOHNATHAN COOPER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 297th District Court**
**Tarrant County, Texas**
**Trial Court Cause No. 1031532D**

## ORDER

We **REINSTATE** the appeal.

By order entered May 20, 2019, the Court ordered the trial court to conduct a hearing to determine whether appellant should be allowed to represent himself on appeal. During the June 14, 2019 hearing, appellant unequivocally informed the trial court that he wanted to continue to proceed with appointed counsel. On June 24, 2019, the Court received a letter from appellant, dated June 14, 2019, stating that he "conditionally declined to proceed pro-se, only after agreement that [current appellate counsel] will supplement the brief" with additional issues. Appellant's letter states that if his existing brief is not supplemented with the additional issues, he will reassert his right to represent himself pro se.

If appellant desires to supplement his brief, he is **ORDERED** to file the supplemental brief, through counsel, within fifteen days of the date of this order.  The Court will not allow appellant to engage in hybrid representation by filing a pro se supplemental brief.  *See Miniel v. State*, 831 S.W.2d 310, 313 n.1 (Tex. Crim. App. 1992).

In the event appellant files a supplemental brief, any response from the State will be due within fifteen days of the filing of the supplemental brief.

/s/     LANA MYERS
        JUSTICE